IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAYNE BLAND, FELICIA SLATON-YOUNG, and NYISHA BELL, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>EDWARD D. JONES & CO., L.P.<br><br>      Defendant. | Case No. 18-cv-3673<br><br>Hon. Judge Andrea R. Wood<br><br>Jury Trial Requested |

**EXHIBIT INDEX TO
PLAINTIFFS' UNOPPOSED MOTION FOR PROVISIONAL CLASS
CERTIFICATION, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
AND APPROVAL AND DISTRIBUTION OF NOTICE TO CLASS OF SETTLEMENT**

| EXH. | | DESCRIPTION |
|---|---|---|
| **A.** | | Proposed Settlement |
| | 1. | Named Plaintiffs Release |
| | 2. | Notice to Class Members |
| | 3. | Notice to Potential Class Members |
| | 4. | FILED UNDER SEAL - Confidential Exhibit |
| **B.** | | Proposed Order for Preliminary Approval |

455379