# Exhibit 4 to Settlement Agreement

# (To be filed under seal)