IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAYNE BLAND, FELICIA SLATON-YOUNG, and NYISHA BELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | Case No. 1:18-cv-3673<br><br>Honorable Andrea R. Wood |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs hereby move this Court for final certification of the Settlement Class, final approval of the Settlement, and order notice of final approval be sent to the Class, pursuant to Rules 23(a), 23(b), and 23(e) of the Federal Rules of Civil Procedure. In support of their Motion, Plaintiffs submit the Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement ("Memorandum") and the exhibits attached thereto, and state as follows:

1. On May 4, 2021, this Court granted preliminary approval to the Settlement Agreement entered into between Plaintiffs', on behalf of themselves and the Class, and Edward Jones. At that time, the Court preliminarily certified a Settlement Class consisting of:

> All African American and/or Black field-based Financial Advisors employed by Edward Jones as Financial Advisors in the United States and were eligible to serve Edward Jones clients and earn commissions at any time between May 24, 2014, and December 31, 2020.

458175

2. In accordance with the Court's Preliminary Approval Order, the Claims Administrator sent to each of the Class Members and potential Class Members the Notice of Class Action.

3. Of the 809 Class Members and 208 potential Class Members, only two Class Members opted out of the Settlement and one Class Member objected to the Settlement.

4. The Settlement is fair, reasonable, and adequate, and should be approved.

5. The Settlement Class meets all the requirements of Rules 23(a), 23(b)(2), and 23(b)(3).

6. A Proposed Final Approval Order is attached as Exhibit 2 to the Memorandum.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order:

(a) Certifying the following Settlement Class under Federal Rule of Civil Procedure 23(a), (b)(2) and (b)(3) for purposes of effectuating the Settlement:

> All African American and/or Black field-based Financial Advisors employed by Edward Jones as Financial Advisors in the United States and were eligible to serve Edward Jones clients and earn commissions at any time between May 24, 2014, and December 31, 2020.

(b) Granting final approval of the parties' Settlement Agreement, attached as Exhibit 1 to the Memorandum;

(c) Ordering Notice of Final Approval be sent to Class Members and potential Class Members, attached as Exhibits 3–4 to the Memorandum.

Date: July 1, 2021

Respectfully submitted,

By: ___/s/ Suzanne E. Bish___

458175

Linda D. Friedman
George S. Robot
Suzanne E. Bish
**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street,
Suite 2600
Chicago, IL 60606
(312) 431-0888 (tel)
(312) 431-0228 (fax)

458175