## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wayne Bland, et al.
                              Plaintiff,

v.                                         Case No.: 1:18−cv−03673
                                                         Honorable Andrea R. Wood

Edward D. Jones & Co., L.P., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 12, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Final hearing regarding approval of class action settlement held by video conference on 7/12/2021. For the reasons stated on the record, the Court finds that the proposed class settlement is fair, reasonable, and adequate, and otherwise satisfies the requirements set forth in Federal Rule of Civil Procedure 23(e). Accordingly, Plaintiffs' motion for final approval of class action settlement [127] is granted. Enter Final Order of Approval. Plaintiffs' motion for service awards to class representatives [130] is granted. Class representatives Wayne Bland, Felicia Slaton−Young, and Nyisha Bell each shall receive a service award of $150,000. Plaintiffs' motion for attorneys&#0;39; fees and costs [131] is also granted. No further status hearing is set at this time. The parties may request a status hearing with the District Judge by contacting the courtroom deputy. All pending motions and hearing dates are terminated. Civil case terminated. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.